■ In the Matter of the Estate of NELLIE R. SAUNDERS, Deceased. HELEN END, Appellant; JOHN GREEN, Respondent.— In a proceeding to probate a will,

the contestant, an adopted daughter of the testatrix, appeals from a decree of the Surrogate's Court, Nassau County, dated and entered June 29, 1961, upon a jury verdict after trial, admitting the will to probate. Decree affirmed, with costs to the proponent-respondent, payable out of the estate. No opinion. Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.